### LOUIS CARTER v. MARGARET CARTER

15 So. (2nd) 59                                                    June Term, 1943
September 21, 1943                                                 Division A

*Metcalf & Finch,* for appellant.

*Jordan Johnson,* for appellee.

PER CURIAM:

From an examination of the entire record and final decree, we find no error.   Hence the same is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.